UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| JAMES A. VADEN, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-105 |
| | ) | |
| DEKALB TELEPHONE | ) | Judge Sharp |
| COOPERATIVE, INC. AND | ) | |
| CRAIG GATES, | ) | |
| | ) | |
| Defendants. | ) | |

| KEVIN C. YOUNG, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:12-cv-106 |
| | ) | |
| DEKALB TELEPHONE | ) | Judge Sharp |
| COOPERATIVE, INC. AND | ) | |
| CRAIG GATES, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

For the reasons explained in the accompanying Memorandum, the Court enters the following rulings in these two cases.[1] The Court:

---

[1] Plaintiffs Kevin Young and James Vaden filed two separate cases. Although they are not consolidated, the two cases are similar in all material respects and parallel motions are pending in each case. As a result, this memorandum and the accompanying order will address both cases. Unless noted otherwise, docket references are to *Young v. Dekalb Telephone Cooperative, Inc. et al*, No. 2:12-cv-106. The Court will clearly identify the few references to docket entries in *Vaden v. Dekalb Telephone Cooperative, Inc. et al*, No. 2:12-cv-105.

- DENIES Plaintiffs' motion for summary judgment as to their ERISA § 510 claim (Count III), (Docket No. 34; *Vaden*, No. 2:12-cv-105, Docket No. 33);

- DENIES Plaintiffs' motion for summary judgment as to their severance claims (Counts I & II), (Docket No. 36; *Vaden*, No. 2:12-cv-105, Docket No. 37);

- GRANTS Defendant's motion for summary judgment as to Plaintiffs' severance claims (Counts I & II), DENIES it as to Plaintiffs' ERISA § 510 claim (Count III), and GRANTS it as to Plaintiffs' state-law wrongful-termination claim (Count IV), (Docket No. 40; *Vaden*, No. 2:12-cv-105, Docket No. 41);

- DENIES Defendant's motion to strike Plaintiffs' summary-judgment filings, (Docket No. 48; *Vaden*, No. 2:12-cv-105, Docket No. 48); and

- DENIES Plaintiffs' motion to strike the declaration of Craig Gates, (Docket No. 65; *Vaden*, No. 2:12-cv-105, Docket No. 62).

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE